1024

No. 86–6842. FLOWERS v. MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY. C. A. 6th Cir. Certiorari denied.

No. 86–6843. JERRY-EL v. PETSOCK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLASSIFICATION CENTER AT PITTSBURGH. C. A. 3d Cir. Certiorari denied.

No. 86–6850. CURRINGTON v. DUNCAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–6851. ALLEN v. ASHCROFT, GOVERNOR OF MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 86–6853. RUEBKE v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 86–6856. MARSHALL, AKA MUSTAFA v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–6857. KNIGHT v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–6860. YUHAS v. STROUD. Ct. App. Mich. Certiorari denied.

No. 86–6866. DENNIS v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 86–6868. ˙ELLIOTT v. STAGNER, SUPERINTENDENT, CORRECTIONAL TRAINING FACILITY, SOLEDAD, CALIFORNIA, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 86–6871. KEHOE v. PETSOCK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLASSIFICATION CENTER AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–6872. FOREMAN v. NATIONAL TREASURY EMPLOYEES UNION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 86–6873. CARROLL v. WHITE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.